Robert S. Remar (SBN 100124)
Jacob F. Rukeyser (SBN 233781)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel.:  415-771-6400
Fax:   415-771-7010
rremar@leonardcarder.com
jrukeyser@leonardcarder.com

*Attorneys for Plaintiff*, INTERNATIONAL LONGSHORE & WAREHOUSE UNION

**FILED**

SEP 2 2 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>Defendant. | Case No. C-10-3025-CRB<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE; [~~PROPOSED~~] ORDER** |

1

STIPULATION OF DISMISSAL                                Case No. 10-CV-3025-CRB

1  IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff International Longshore and Warehouse Union ("ILWU") and Defendant Pacific Maritime Association ("PMA"), through their undersigned designated counsel, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO STIPULATED AND AGREED:**

Dated: September 21, 2010         LEONARD CARDER, LLP

                                  By:  s/ Jacob F. Rukeyser
                                       Jacob F. Rukeyser
                                       Attorneys for Plaintiff,
                                       INTERNATIONAL LONGSHORE &
                                       WAREHOUSE UNION

Dated: September 21, 2010         MORGAN, LEWIS & BOCKIUS, LLP

                                  By:  s/ Eric Meckley
                                       Eric Meckley
                                       Attorneys for Defendant,
                                       PACIFIC MARITIME ASSOCIATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 22, 2010

                                  _____
                                  THE HONORABLE CHARLES R. BREYER
                                  DISTRICT COURT JUDGE

---

2

STIPULATION OF DISMISSAL                                 Case No. 10-CV-3025-CRB